# Reply Exhibit 4

4 Minutes

laughing, talking inappropriately, looking inappropriately. Keep Telling him to stop

Made a deal $5 per day if he is quiet

9/22/04 Starts right off with DIP

Before break DIP
During Them - DIP
After Break DIP

Before Lunch - DIP

Klan Fiber 222#14
This is boot. D says likes this