IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 4:02-922-JFA |
|---|---|---|
| v. | ) | ORDER ON MOTION |
| BRANDON LEON BASHAM | ) | TO WITHDRAW |

Based upon the defendant's March 7, 2012 response to this court's inquiry, the court deems Mr. Basham's request to withdraw his § 2255 action and proceed to execution to be withdrawn. Accordingly, the Clerk shall remove this motion from the docket.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

March 9, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge