IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:02-CR-00992-JFA |
| | ) | |
| Plaintiff-Respondent, | ) | Hon. Joseph F. Anderson, Jr. |
| | ) | United States District Judge |
| v. | ) | |
| | ) | CAPITAL CASE |
| BRANDON L. BASHAM, | ) | |
| | ) | |
| Defendant-Petitioner. | ) | |

## **ORDER**

AND NOW, this _____ day of _____, 2018, upon consideration of Petitioner's Unopposed Motion to Hold Proceedings in Abeyance Filed in Response to the Court's Order of October 25, 2018, it is hereby ORDERED Mr. Basham's motion is GRANTED. Proceedings in this case will be held in abeyance pending a decision from the Fourth Circuit in *United States v. Simms*, 15-4640.

BY THE COURT:

_____

Hon. Joseph F. Anderson
United States District Judge