IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:02-CR-00992-JFA |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| CHADRICK FULKS and | ) | |
| BRANDON L. BASHAM, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND**

The United States of America, by and through its undersigned Assistant United States Attorney, Robert F. Daley, hereby files this Joint Consent Motion for an Extension of Time to Respond to this Court's Orders of July 23, 2019, directing that all parties file supplemental briefs relating to the *Davis* and *Simms* cases no later than August 6, 2019 as to both defendants.

Wherefore all of the parties in this case hereby request an extension of time to respond to the Court's Orders, up to and including September 6, 2019. All parties consent and agree that in order to fully research the relevant issues and appropriately respond, an extension is needed at this time.

Respectfully submitted,

SHERRI A. LYDON
UNITED STATES ATTORNEY

*/s/Robert F. Daley, Jr.*
Robert F. Daley, Jr. (ID # 6460)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
Tel.:    (803) 929-3054
Fax:    (803) 929-3135
Email:  Bob.Daley@usdoj.gov

August 2, 2019

IN THE UNITED STATES DISTRICT COURT
FOR THEDISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:02-CR-00992-JFA |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| CHADRICK FULKS and | ) | |
| BRANDON L. BASHAM, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The undersigned Assistant United States Attorney hereby certifies that he has caused service of the **JOINT CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND** by a Paralegal Specialist employed in the Office of the United States Attorney for the District of South Carolina who is a person of such age and discretion as to be competent to serve papers.

That on August 2, 2019, my Paralegal served a copy of the foregoing documents by ECF on the following:

Leticia Marquez, Esquire
Lindsey Layer, Esquire
Federal Public Defenders Office (AZ)
407 W. Congress Street, Suite 501
Tucson, AZ 85701
Email: leticia_marquez@fd.org
Email: Lindsey_Layer@fd.org

Claudia Van Wyk, Esquire
Peter K. Williams, Esquire
Federal Community Defender Office
601 Walnut Street, Suite 545, West
Philadelphia, PA 19106
Email: Claudia_Vanwyk@fd.org
Email: Pete_Williams@fd.org

Respectfully submitted,

SHERRI A. LYDON
UNITED STATES ATTORNEY

*/s/Robert F. Daley, Jr.*
Robert F. Daley, Jr. (ID # 6460)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
Tel.:    (803) 929-3054
Fax:    (803) 929-3135
Email: Bob.Daley@usdoj.gov

3