IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:02-CR-00992-JFA |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| BRANDON L. BASHAM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

The United States, though the undersigned Assistant United States Attorney, hereby moves to dismiss or, in the alternative, for summary judgment in this § 2255 proceeding. For the reasons set forth in the government's supplemental memorandum in opposition to Basham's successive § 2255 motion and in support of this motion, the court should deny Basham's § 2255 motion attacking his § 924(c) conviction and enter judgment in favor of the United States for several reasons. First, both carjacking and kidnapping resulting in death remain predicate crimes of violence under the force clause of § 924(c)(3)(A) even after *Johnson v. United States*, 135 S.Ct. 2551 (2015) and *United States v. Davis*, 139 S. Ct. 2319 (2019). Second, even if kidnapping resulting in death were to no longer qualify as a crime of violence predicate for § 924(c), carjacking alone still supports Basham's § 924(c) conviction. Third, the court should also dismiss the § 2255 motion because Basham procedurally defaulted his *Johnson*/*Davis* claim by failing to raise a vagueness objection to his § 924(c) conviction at sentencing and on direct appeal. Finally, and alternatively, even if this court were to find that Basham's § 924(c) conviction was invalid in light of *Davis*, the appropriate result would be to vacate only the sentence for that count and leave the

rest of the sentences, including the death sentences, in place.  For these reasons, Basham's § 2255

motion is without merit.

Respectfully submitted,

SHERRI A. LYDON
UNITED STATES ATTORNEY

*/s/Robert F. Daley, Jr.*
Robert F. Daley, Jr. (ID # 6460)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
Tel.:    (803) 929-3054
Fax:    (803) 929-3135
Email:  Bob.Daley@usdoj.gov

October 1, 2019

2

IN THE UNITED STATES DISTRICT COURT
FOR THEDISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:02-CR-00992-JFA |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| BRANDON L. BASHAM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The undersigned Assistant United States Attorney hereby certifies that he has caused service of the **MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT** by a Paralegal Specialist employed in the Office of the United States Attorney for the District of South Carolina who is a person of such age and discretion as to be competent to serve papers.

That on October 1, 2019, my Paralegal served a copy of the foregoing documents by ECF on the following:

Leticia Marquez, Esquire
Lindsey Layer, Esquire
Federal Public Defenders Office (AZ)
407 W. Congress Street, Suite 501
Tucson, AZ 85701
Email:  leticia_marquez@fd.org
Email:  Lindsey_Layer@fd.org

Respectfully submitted,

SHERRI A. LYDON
UNITED STATES ATTORNEY

*/s/Robert F. Daley, Jr.*
Robert F. Daley, Jr. (ID # 6460)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
Tel.:    (803) 929-3054
Fax:    (803) 929-3135
Email:  Bob.Daley@usdoj.gov

3