**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:02-CR-00992-JFA |
| | ) | |
| Plaintiff-Respondent, | ) | Hon. Joseph F. Anderson, Jr. |
| | ) | United States District Judge |
| v. | ) | |
| | ) | |
| BRANDON L. BASHAM, | ) | **CAPITAL CASE** |
| | ) | |
| Defendant-Petitioner. | ) | |

**PETITIONER'S (BASHAM'S) UNOPPOSED MOTION FOR LEAVE TO
FILE A RESPONSE TO RESPONDENT'S MOTION TO DISMISS OR, IN
THE ALTERNATIVE, FOR SUMMARY JUDGMENT AND MOTION FOR
A FORTY-FIVE (45) DAY EXTENSION OF TIME**

Petitioner Brandon Basham through undersigned counsel, hereby moves this Court

for leave to file a responsive pleading to the Government's Motion to Dismiss or, the

Alternative for Summary Judgment and the accompanying memorandum (ECF Nos. 1667,

1668) and further requests a forty-five (45) day extension of time until November 29, 2019,

in which to file his response.

Counsel for Mr. Basham contacted Robert F. Daley, Jr., counsel for the

Government, and he indicated that he has no objection to both the filing of a responsive

pleading and to a forty-five (45) day extension of time.

On July 23, 2019, this Court ordered the parties to simultaneously brief the Court as

to the impact of *Sessions v. Dimaya*, 138 S. Ct. 1204 (2018), *United States v. Davis*, 139

S. Ct. 2319 (2019), and *United States v. Simms*, 914 F.3d 229 (4th Cir. 2019). (ECF 1655.)

Those briefs were filed on October 1, 2019 (ECF 1664, 1666, 1668, 1669.) Although this

1

Court indicated that no replies to these briefs would be necessary, Mr. Basham respectfully asserts that a response is necessary to address new arguments raised by the Government *for the first time* in its supplemental brief and motion to dismiss. (ECF 1667, 1668.)

In its initial Motion to Dismiss, filed on June 17, 2016 (ECF No. 1616), the Government limited its arguments to the applicability of *Johnson* and did not address the other elements of Mr. Basham's claims. However, the Government now raises new arguments that were not included in its initial motion to dismiss. These include the Government's position that: Mr. Basham's convictions for capital kidnapping and carjacking resulting in death are both crimes of violence under the force clause of § 924(c), that the force clause is satisfied if either of those offenses are found be a crime of violence, that Mr. Basham's death sentence should not be vacated regardless of whether his convictions under §§ 924(c) and (o) are invalid, and that Mr. Basham's § 2255 petition is procedurally defaulted.

Mr. Basham is requesting forty-five (45) days from October 15, 2019, the date a reply would be due were such reply allowed, to and including November 29, 2019. *See* Local Civ. Rule 7.06 (D.S.C.).  An extension of time is necessary to adequately research and prepare a response to these new arguments. Further, since a reply was not anticipated, other deadlines impede counsel's ability to file an immediate response to the Government's new arguments. Finally, co-counsel and lead counsel on this issue, Lindsey Layer, is out on maternity leave and will not be able to assist in any response. As such, additional time will be required for undersigned counsel to adequately prepare a response. Mr. Basham has good cause and a substantial need for the requested extension of time

2

For the foregoing reasons Mr. Basham moves this Court to grant his request to file a responsive pleading and further respectfully requests that the Court grant his request for a forty-five (45) day extension of time to file a response, to and including November 29, 2019.

Respectfully submitted this 11 day of October, 2019.

Jon M. Sands
Federal Public Defender
Leticia Marquez
Lindsey Layer
Assistant Federal Public Defenders

By *s/Leticia Marquez*_____
Counsel for Defendant-Petitioner

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October, 2019, I electronically filed the foregoing Unopposed Motion for Leave to File a Response to Respondent's Motion to Dismiss or, in the Alternative, for Summary Judgment, and Motion for Forty-Five Day Extension of Time with the Clerk's Office by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service of this document will be accomplished by the CM/ECF system.


/s/Leticia Marquez
Assistant Federal Public Defender
Federal Public Defender's Office
District of Arizona