**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:02-CR-00992-JFA |
| | ) | |
| Plaintiff-Respondent, | ) | Hon. Joseph F. Anderson, Jr. |
| | ) | United States District Judge |
| v. | ) | |
| | ) | |
| BRANDON L. BASHAM, | ) | **CAPITAL CASE** |
| | ) | |
| Defendant-Petitioner. | ) | Second request |

**PETITIONER'S (BASHAM'S) UNOPPOSED MOTION FOR A SEVEN (7) DAY EXTENSION OF TIME TO FILE A RESPONSE TO RESPONDENT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Petitioner Brandon Basham through undersigned counsel, hereby requests a seven (7) day extension of time until December 6, 2019, in which to file his response to the Government's Motion to Dismiss or, in the Alternative, for Summary Judgment.

Counsel for Mr. Basham contacted Robert F. Daley, Jr., counsel for the Government, and he indicated that he has no objection to a seven (7) day extension of time.

On October 11, 2019 this Court granted Mr. Basham's request to file a responsive pleading to the Government's Motion to Dismiss or, in the Alternative for Summary Judgment, and also granted Mr. Basham's request for an extension of time in which to file that response. (ECF No. 1673) Undersigned counsel Marquez is requesting an additional seven (7) day extension of time due to a medical situation that required hospitalization and will require ongoing treatment. This unforeseen event has taken time away from completing the responsive pleading. Further, as this Court is aware, co-counsel and lead

1

counsel on this issue, Lindsey Layer, is out on maternity leave and will not be able to assist in any response.

For the foregoing reasons Mr. Basham moves this Court to grant his request for a seven (7) day extension of time to file a response, to and including December 6, 2019. Undersigned apologizes to the Court and the parties for any inconvenience. Mr. Basham has good cause and a substantial need for the requested extension of time.

Respectfully submitted this 22 day of November, 2019.


Jon M. Sands
Federal Public Defender
Leticia Marquez
Lindsey Layer
Assistant Federal Public Defenders

By *s/Leticia Marquez*_____
Counsel for Defendant-Petitioner

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November, 2019, I electronically filed the foregoing Motion for Seven Day Extension of Time to File Response to Respondent's Motion to Dismiss or, in the Alternative, For Summary Judgment, with the Clerk's Office by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service of this document will be accomplished by the CM/ECF system.


/s/Leticia Marquez
Assistant Federal Public Defender
Federal Public Defender's Office
District of Arizona