IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:02-CR-00992-JFA |
| | ) | |
| Plaintiff-Respondent, | ) | Hon. Joseph F. Anderson, Jr. |
| | ) | United States District Judge |
| v. | ) | |
| | ) | CAPITAL CASE |
| BRANDON L. BASHAM, | ) | |
| | ) | |
| Defendant-Petitioner. | ) | |

## **ORDER**

AND NOW, this _____ day of _____, 2019, upon consideration of

Petitioner Brandon L. Basham's Unopposed Motion for Seven Day Extension of Time to File a

Response to Respondent's Motion to Dismiss or, in the Alternative, for Summary Judgment, it is

hereby ORDERED that Mr. Basham's motion is GRANTED.  He shall be permitted to file a

response to the Government's October 1, 2019 Motion to Dismiss or, in the Alternative, for

Summary Judgment and supplemental memorandum. This response shall be filed no later than

December 6, 2019.

BY THE COURT:

_____
Hon. Joseph F. Anderson
United States District Judge