IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:02-CR-00992-JFA |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| BRANDON L. BASHAM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CONSENT MOTION FOR ADDITIONAL
EXTENSION OF TIME TO FILE REPLY**

The United States of America, by and through its undersigned Assistant United States Attorney, Robert F. Daley, hereby files this Consent Motion for an Extension of Time to file a reply in this matter.   On December 6, 2019, Defendant filed a Response in Opposition to the Government's Second Motion to Dismiss.  DE 1679.

Wherefore, in order to fully research the relevant issues and appropriately reply in this matter, the undersigned requests an additional extension of time up to and including January 15, 2020. Counsel for the Defendant has consented to the extension.

<div style="margin-left:50%">

Respectfully submitted,

A. LANCE CRICK
ACTING UNITED STATES ATTORNEY

*/s/Robert F. Daley, Jr.*
Robert F. Daley, Jr. (ID # 6460)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
Tel.:    (803) 929-3054
Fax:    (803) 929-3135
Email:  Bob.Daley@usdoj.gov

</div>

December 12, 2019

IN THE UNITED STATES DISTRICT COURT
FOR THEDISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:02-CR-00992-JFA |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| BRANDON L. BASHAM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The undersigned Assistant United States Attorney hereby certifies that he has caused service of the **CONSENT MOTION FOR ADDITIONAL EXTENSION OF TIME TO RESPOND** by a Paralegal Specialist employed in the Office of the United States Attorney for the District of South Carolina who is a person of such age and discretion as to be competent to serve papers.

That on December 19, 2019, my Paralegal served a copy of the foregoing documents by ECF on the following:

Leticia Marquez, Esquire
Lindsey Layer, Esquire
Federal Public Defenders Office (AZ)
407 W. Congress Street, Suite 501
Tucson, AZ 85701
Email:  leticia_marquez@fd.org
Email:  Lindsey_Layer@fd.org

Claudia Van Wyk, Esquire
Peter K. Williams, Esquire
Federal Community Defender Office
601 Walnut Street, Suite 545, West
Philadelphia, PA 19106
Email:  Claudia_Vanwyk@fd.org
Email:  Pete_Williams@fd.org

Respectfully submitted,

A. LANCE CRICK
ACTING UNITED STATES ATTORNEY

*/s/Robert F. Daley, Jr.*
Robert F. Daley, Jr. (ID # 6460)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
Tel.:    (803) 929-3054
Fax:    (803) 929-3135
Email:  Bob.Daley@usdoj.gov

2