IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.:  4:02-992-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRANDON L. BASHAM | ) | |
| _____ | ) | |

Inasmuch as *Borden v. United States* (No. 19-5410) has been decided by the U.S. Supreme Court, this court will afford the parties one final opportunity to submit supplemental briefing in this case, if they should so desire. Any such briefs[1] should be filed within 21 days from the date of this order.

IT IS SO ORDERED.

June 23, 2021                                    Joseph F. Anderson, Jr.
Columbia, South Carolina                 United States District Judge

---

1 The court does not wish to suggest that additional briefing is necessary, but in an earlier order (ECF No. 1693), this court indicated that it would "request" further briefing. As noted above, the court now allows, but does not require, further briefs.