**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:02-CR-00992-JFA |
| | ) | |
| Plaintiff-Respondent, | ) | Hon. Joseph F. Anderson, Jr. |
| | ) | United States District Judge |
| v. | ) | |
| | ) | |
| BRANDON L. BASHAM, | ) | **CAPITAL CASE** |
| | ) | First Request |
| Defendant-Petitioner. | ) | |

**PETITIONER'S (BASHAM'S) UNOPPOSED MOTION FOR A SIXTY (60)
DAY EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF
REGARDING THE IMPACT OF *BORDEN V. U.S.*, 141 S. CT. 1817 (2021)**

Petitioner Brandon Basham through undersigned counsel, hereby moves this Court

for a sixty (60) day extension of time, to and including September 13, 2021, in which to

file the Supplemental Brief regarding the impact of *Borden* on this matter.[1] In support of

this motion, undersigned counsel declares as follows:

On June 23, 2021, this Court issued an order allowing the parties to file

supplemental briefs as to the impact of the recent decision, *Borden v. United States*, 141 S.

Ct. 1817 (June 10, 2021), in this matter. (ECF No. 1695.) Counsel for Mr. Basham values

this final opportunity to address this critical issue, however due to counsel's schedule and

workload, an extension of time is necessary to adequately prepare this final supplement

brief.

---

[1] September 12, 2021 is a Sunday.

1

Mr. Basham is requesting sixty (60) days from July 14, 2021, to and including September 13, 2021. This is Mr. Basham's first request to extend time on this pleading, and since no replies were ordered by this Court, no other deadlines are affected by this request. *See* Local Civ. Rule 6.01 (D.S.C.). An extension of time is necessary to adequately research and prepare a supplemental brief to address the effect of Borden on the underlying convictions, which are the foundation to Mr. Basham's conviction and therefore his death sentence.

Undersigned counsel is attempting to manage her pending cases consistent with her duties under the Sixth Amendment to the United States Constitution with the ABA Guidelines for the Appointment and Performance of Counsel in Death Penalty Cases (1989) and (2003).

Counsel's other deadlines impede counsel's ability to file the supplemental brief within the time allotted by this Court. Undersigned counsel is currently working on a complex capital habeas case with a deadline of August 10, 2021. The Arizona Federal Defender's Office was appointed to the matter in March and therefore is working under an expedited schedule of only five months (as opposed to a year) to complete the habeas petition in a multiple defendant, multiple victim, capital case. Given the shortened deadline, the habeas petition has consumed all of undersigned counsel's time.

In addition to her caseload, undersigned counsel is a supervisor with the Capital Habeas Unit, and is also head of the Tucson Branch, Federal Public Defender's Office (both trial and capital units). Her numerous administrative duties, including training, travel, expert, staff and budget issues, have also taken time away from completing the

supplemental brief. Furthermore, undersigned counsel is also involved in various stages of litigation for eight other death-sentenced prisoners, including end-stage litigation for at least one capital petitioner.

Finally, co-counsel and lead counsel on this issue, Lindsey Layer, is out on maternity leave and will not be able to assist undersigned counsel.

Counsel for Mr. Basham contacted Robert F. Daley, Jr., counsel for the Government, and he indicated that he has no objection to a sixty (60) day extension of time.

As set forth above, given counsel's workload and preexisting deadline, counsel has demonstrated good cause and a substantial need for the requested extension of time. Therefore, Mr. Basham moves this Court to grant his request for a sixty (60) day extension of time to file the supplemental brief, to and including September 13, 2021.

Respectfully submitted this 12th day of July, 2021.

Jon M. Sands
Federal Public Defender
Leticia Marquez
Lindsey Layer
Assistant Federal Public Defenders

By *s/Leticia Marquez*_____
Counsel for Defendant-Petitioner

3