**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:02-CR-00992-JFA |
| | ) | |
| Plaintiff-Respondent, | ) | Hon. Joseph F. Anderson, Jr. |
| | ) | United States District Judge |
| v. | ) | |
| | ) | |
| BRANDON L. BASHAM, | ) | **CAPITAL CASE** |
| | ) | First Request |
| Defendant-Petitioner. | ) | |

**PETITIONER'S (BASHAM'S) UNOPPOSED MOTION FOR A FORTY
(40) DAY EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF**

Petitioner Brandon Basham through undersigned counsel, hereby moves this Court

for a forty (40) day extension of time, to and including May 23, 2022[1], in which to file the

Supplemental Brief regarding the impact of the Fourth Circuit Court of Appeals' order in

*United States v. Dickerson*, No. 20-6578 and *United States v. Ogun*, No. 16-7450. In

support of this motion, undersigned counsel declares as follows:

On March 22, 2022, this Court issued an order allowing the parties to file

supplemental briefs as to the impact of the Fourth Circuit's recent order in *United States v.*

*Dickerson*, No. 20-6578 and *United States v. Ogun*, No. 16-7450, in this matter. (ECF No.

1710.) Counsel for Mr. Basham values this final opportunity to address this critical issue,

however due to counsels' schedules and workload, an extension of time is necessary to

adequately prepare this final supplement brief.

---

[1] May 22, 2022 is a Sunday.

1

Mr. Basham is requesting forty (40) days from April 12, 2022, to and including May 23, 2022. This is Mr. Basham's first request to extend time on this pleading, and since no replies were ordered by this Court, no other deadlines are affected by this request. *See* Local Civ. Rule 6.01 (D.S.C.). An extension of time is necessary to adequately research and prepare a supplemental brief to address the effect of the Fourth Circuit's decision in *United States v. Dickerson,* No. 20-6578 and *United States v. Ogun*, No. 16-7450 on the underlying convictions, which are the foundation to Mr. Basham's conviction and therefore his death sentence.

Counsel are attempting to manage their pending cases consistent with their duties under the Sixth Amendment to the United States Constitution with the ABA Guidelines for the Appointment and Performance of Counsel in Death Penalty Cases (1989) and (2003). Counsels' other deadlines impede counsel's ability to file the supplemental brief within the time allotted by this Court.

Undersigned counsel, Leticia Marquez is currently finalizing the amended petition on a complex capital habeas case with a deadline of May 9, 2022. Ms. Marquez is also assigned to another capital matter where post-hearing briefing is due April 19, 2022. Furthermore, Ms. Marquez is also involved in various stages of litigation for eight other death-sentenced prisoners.

In addition to her caseload, Ms. Marquez is a supervisor with the Capital Habeas Unit, and is also head of the Tucson Branch, Federal Public Defender's Office (both trial and capital units). Her numerous administrative duties have also taken time away from

completing the supplemental brief. As part of her supervising duties, Ms. Marquez is also scheduled to be at an out of the state training, April 11-14, 2022.

Counsel, Lindsey Layer, filed a petition for review which had a 10-day turn-round time on April 1, 2022. Ms. Layer also has another brief due in a capital case on May 2, 2022 which requires extensive and time-consuming historical research. Ms. Layer is also involved in various stages of litigation for six other death-sentenced prisoners. In addition to her caseload, Ms. Layer is also a supervisor with the Capital Habeas Unit. As part of her supervisory duties, Ms. Layer is reviewing two federal habeas petitions, each several hundred pages long, both due April 12, 2022, in addition to other administrative duties.

Counsel for the Government, Kathleen Stoughton, indicated that she has no objection to a forty (40) day extension of time.

As set forth above, given counsels' workload and preexisting deadlines, counsel has demonstrated good cause and a substantial need for the requested extension of time. Therefore, Mr. Basham moves this Court to grant his request for a forty (40) day extension of time to file the supplemental brief, to and including May 23, 2022.

Respectfully submitted this 5th day of April, 2022.

> Jon M. Sands
> Federal Public Defender
> Leticia Marquez
> Lindsey Layer
> Assistant Federal Public Defenders
>
> By *s/Leticia Marquez*_____
> Counsel for Defendant-Petitioner

3

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2022 I electronically filed the foregoing Motion for Extension of Time with the Clerk's Office by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service of this document will be accomplished by the CM/ECF system.

/s/Leticia Marquez
Assistant Federal Public Defender
Federal Public Defender's Office
District of Arizona

4