IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:02-CR-00992-JFA |
| | ) | |
| Plaintiff-Respondent, | ) | Hon. Joseph F. Anderson, Jr. |
| | ) | United States District Judge |
| v. | ) | |
| | ) | |
| BRANDON L. BASHAM, | ) | CAPITAL CASE |
| | ) | |
| Defendant-Petitioner. | ) | |

## UNOPPOSED MOTION FOR A SEVEN (7) DAY EXTENSION OF TIME TO FILE (BASHAM'S) REPLY TO GOVERNMENT'S RESPONSE BRIEF

Petitioner Brandon Basham, through undersigned counsel, respectfully moves this Court for an additional seven (7) days to file a reply to the Government's Response to Basham's Supplemental Memorandum Regarding *United States v. Taylor*, *United States v. Dickerson*, and *United States v. Ogun*. (ECF No. 1729.) Mr. Basham respectfully requests until November 17, 2022 to file his reply and counsel for Respondent, Kathleen Stoughton, has indicated the Government does not oppose this request. This is Mr. Basham's first request to extend time on this pleading, and no other deadlines are affected by this request.  *See* Local Civ. Rule 6.01 (D.S.C.).

On October 31, 2022, Mr. Basham's requested leave to file a reply to the Government's most recent response brief. (ECF No 1731.) This Court granted that request. (ECF No. 1734.) Both counsel for Mr. Basham are supervisors and have duties outside their caseload. Currently counsel are assisting in other cases, including one with a November 16, 2022 execution date, and have administrative duties which have unexpectedly taken time away from the work on Mr. Basham's pleading.

Counsel are attempting to manage their pending cases consistent with their duties under the Sixth Amendment to the United States Constitution with the ABA Guidelines for the

1

Appointment and Performance of Counsel in Death Penalty Cases (1989) and (2003). Counsels'

other deadlines impede counsels' ability to file the reply brief by November 10, 2022.

**Conclusion**

Counsel makes this request in good faith and has demonstrated good cause and a substantial

need for the requested extension of time. Therefore, Mr. Basham moves this Court to grant his

request for a seven (7) day extension of time to file the reply brief, to and including November 17,

2022.

Respectfully submitted this 2nd day of November, 2022.

Jon M. Sands
Federal Public Defender
Leticia Marquez
Lindsey Layer
Assistant Federal Public Defenders

By *s/Leticia Marquez*
Counsel for Defendant-Petitioner

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November, 2022, I electronically filed the foregoing Unopposed Motion for Leave to File a Reply to Government's Response Brief with the Clerk's Office by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service of this document will be accomplished by the CM/ECF system.


/s/Leticia Marquez
Assistant Federal Public Defender
Federal Public Defender's Office
District of Arizona

3