AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| United States of America | ) |
| *Government/Respondent* | ) |
| v. | ) |
| Brandon L. Basham | ) |
| *Defendant/Petitioner* | ) |

Criminal Action No.   4:02-992-002-JFA
Civil Action No.  4:16-2027-JFA

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__ ), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: **IT IS ORDERED AND ADJUDGED** that petitioner, Brandon L. Basham  shall take nothing on the second successive petition filed pursuant to 28 USC § 2255 and this action is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■   This action came before the Court on the record, Honorable Joseph F. Anderson, Jr.,  United States District Judge, presiding on the Petitioner's Second Successive Petition under 28 USC § 2255.   The court having granted the Respondent's motion to dismiss and grants a certificate of appealability on specific issues being: (1) whether carjacking resulting in death is a predicate crime of violence; (2) assuming it is, whether Petitioners' §§ 924(c) and (o) convictions were based on the carjacking resulting in the death of Alice Donovan; and (3) assuming it is not, whether the proper remedy is to vacate Petitioners' sentences on these counts alone or vacate the sentences as to all counts of conviction and award them a new penalty phase trial.

Date:   January 10, 2023

*ROBIN L. BLUME, CLERK OF COURT*

s/Mary L. Floyd, Deputy Clerk

*Signature of Clerk or Deputy Clerk*