IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:02-CR-00992-JFA |
| | ) | |
| Plaintiff-Respondent, | ) | Hon. Joseph F. Anderson, Jr. |
| | ) | United States District Judge |
| v. | ) | |
| | ) | |
| BRANDON L. BASHAM, | ) | CAPITAL CASE |
| | ) | |
| Defendant-Petitioner. | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Brandon Leon Basham, defendant named above, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the order and judgment (ECF Nos. 1741, 1742) entered by the Honorable Joseph F. Anderson, Jr., United States District Court, District of South Carolina, on the 10th day of January, 2023, denying his Motion to Vacate Conviction Under 28 U.S.C. § 2255 (ECF No. 1616). Pursuant to Rule 4(a)(1)(B) of the Federal Rules of Appellate Procedure, this notice of appeal is timely filed within sixty (60) days of the district court's order.

Respectfully submitted this 7th day of March, 2023.

Jon M. Sands
Federal Public Defender
Leticia Marquez
Lindsey Layer
Assistant Federal Public Defenders

By *s/Leticia Marquez*_____
Counsel for Defendant-Petitioner

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March, 2023, I electronically filed the foregoing Notice of Appeal with the Clerk's Office by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service of this document will be accomplished by the CM/ECF system.


/s/Leticia Marquez
Assistant Federal Public Defender
Federal Public Defender's Office
District of Arizona