## APPEAL TRANSMITTAL SHEET (Death Penalty)

**Transmittal to 4CCA of notice of appeal filed:** 03/07/23

___ First NOA in Case

✓ Subsequent NOA-same party

___ Subsequent NOA-new party

___ Subsequent NOA-cross appeal

___ Paper ROA     ___ Paper Supp.

Vols: _____

Other: _____

**District:**

 SOUTH CAROLINA

**Division:**

 FLORENCE

**Caption:**

USA vs. Brandon Basham

**District Case No.:**

 CR 4:02-992-002-JFA

**4CCA No(s). for any prior NOA:**
 05-5; 12-2; 13-9

**4CCA Case Manager: Emily Borneisen**

Direct notification of capital appeal also sent by:

___ **phone call to 804-916-2746 or**

___ **email to Emily_Borneisen@ca4.uscourts.gov**

**Capital Appeal Type:**

___ § 2254 appeal

___ Direct appeal from conviction

✓ § 2255 appeal

___ Pretrial appeal in federal case

**District Judge:**

Joseph F. Anderson, Jr.

**Court Reporter** (list all):

 Daniel Mayo, Jenny Williams, Gary Smith, Debra Jernigan

**Coordinator**: Billie Goodman

**Fee Status:**

___ No fee required (USA appeal)     ___ Appeal fees paid in full     ✓ Fee not paid

**Criminal Cases:**

___ District court granted & did not revoke CJA status (continues on appeal)

___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)

___ District court never granted CJA status (must pay fee or apply to 4CCA)

**Civil, Habeas & 2255 Cases:**

✓ Court granted & did not revoke IFP status (continues on appeal)

___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)

___ Court never granted IFP status (must pay fee or apply to 4CCA)

**PLRA Cases**:

___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)

___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**Sealed Status** (check all that apply)**:**

____ Portions of record under seal

____ Entire record under seal

____ Party names under seal

____ Docket under seal

**Record Status for Pro Se Appeals** (check any applicable)**:**

___ Assembled electronic record transmitted if requested

___ Additional sealed record emailed to 4cca-filing

___ Paper record or supplement shipped to 4CCA

___ No in-court hearings held

___ In-court hearings held – all transcript on file

___ In-court hearings held – all transcript not on file

___ Other:

**Record Status for Counseled Appeals** (check any applicable)**:**

✓ Assembled electronic record available if requested

___ Additional sealed record available if requested

___ Paper record or supplement available if requested

___ No in-court hearings held

✓ In-court hearings held – all transcript on file

___ In-court hearings held – all transcript not on file

✓ Other:  No in court  hearings for this successive 2255 motion that is being appealed.

Deputy Clerk:  Mary L. Floyd          Phone: 803-765-5353    Date: 03/08/23

10/2022