4:02-cr-00992-JFA    Date Filed 03/09/23    Entry Number 1751    Page 1 of 2

FILED:  March 8, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-3
(4:02-cr-00992-JFA-2)
(4:16-cv-02027-JFA)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

BRANDON L. BASHAM

Defendant - Appellant

_____

O R D E R

_____

The court appoints Leticia Marquez from the Office of the Federal Public Defender for the District of Arizona as lead counsel and Lindsey Layer from the Office of the Federal Public Defender for the District of Arizona as co-counsel for the appellant.

In light of this appointment, appellate counsel is granted access to sealed district court material, with the exception of ex parte or in camera material to which defense counsel did not have access in the district court.

All case filings must be made using the court's Electronic Case Filing system (CM/ECF). Counsel not yet registered for electronic filing should proceed to the court's web site to register as an ECF filer. See **Required Steps for Registration as an ECF Filer**.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk
