United States Deemed Unconstitutional and amended for stacking charges

Judge Andersons 4th circuit court room

Date 3-9-26

TO: US District court of south carolina

RECEIVED
USDC CLERK, COLUMBIA, SC
2026 MAR 20 PM 1:03

File this day of March 9th year 2026 to re-open/Get New sentenceing due To the united states of America Found it unconstituting to stack 18:924 J:924 0 18:924 < 18:924 . Any stacking of Gun charges inorder to inhencement of sentence is double Jeopardy are unconstitutinal refrence cases Already Got resentenced and in process of New trial due to Steacking gun charges united State Amended charges US Bowman 7th circuit . And united states US Bonemon 7th circuit And united states US Barrett 2nd circuit And united states US rutherford 6th circuit My mental health is not Good And I am requesting Legal representation to File Proper Legal Papers on this unconstitutinal to stack Gun charges which in my case was done multiple time. As losted Above request Amendment in case.

Brandon Bashom
98940-071

Brandon Bastham File day of 3-9-26 request Legal aid for unconstitutinal to stack Gun charges and Brandon Bashtam has care-level 3 mental Health and needs Legal Assistance to Assist him current Legal team is capital habiuse and done been commutad to Life By President Befor case came ~~aware~~ aware of unconstitutinal to stack Gun charges. Need regular Legal representation for Amendment to Gun Stacking Changes.

New

Request immediate Legal Assistance due to care level 3 mental Health Unable to F the poperty.