Brandon Basham 98940-071

RECEIVED
USDC CLERK, COLUMBIA, S.C.
2026 JUL 20 PM 2:23

Notice of importance. Im requesting to be Present At All court hearings and to put on record that I Am not ~~[illegible] legal [illegible] [illegible]~~ Able to do Legal work and File on own behalf. Im only writing what I hear other inmates talk About And What I feel is unJust in my case, not sure the proper Legal way to Proceed request

Brandon Basham

Legal Aid Lawyer Assistance