Requesting to be allowed to
Be sent home to be able
to care for last of Immediate Family
Jimmie Ballgum elderly and
niece who has 3 kids
and is in Financial
Difficulty And needs
Brandon Ballgum to work
and help support family

RECEIVED
USDC CLERK, COLUMBIA, SC
2025 AUG 20 PM 12:51

~~West Virginia~~

TO; united states of America here is the current charges that your office said I vaguley refered to AS Gun stacking charges. If this IS not excessive charges and the time Given was 680 month and even inhancement for Guns 84 month rand and know this is illegal to charge All these charges on same charge

Brandon Bentam

Evidence of charges Called Gun stacking charges and excessive predjudice of over charging time inn prison sentincing Guide lines on thes charges of Guns